CLOSED,TDIV-IN

# U.S. District Court
# Northern District of Texas (Fort Worth)
# CIVIL DOCKET FOR CASE #: 4:21-cv-00947-P

Palisades TC LLC v. Dallas Real Estate Investors LLC et al
Assigned to: Judge Mark Pittman
Related Case: 3:21-cv-01745-K
Case in other court: 298th Judicial District Court, Dallas County, TX, DC-20-06004
Cause: 28:1441 Notice of Removal

Date Filed: 07/27/2021
Date Terminated: 09/30/2021
Jury Demand: None
Nature of Suit: 190 Contract: Other Contract
Jurisdiction: Federal Question

**Plaintiff**

**Palisades TC LLC**
*Individually and on Behalf of Dallas Real Estate Lenders LLC*

represented by **Joel W Reese**
Reese Marketos LLP
750 N Saint Paul St
Suite 600
Dallas, TX 75201-3201
214-382-9801
Fax: 214-501-0731
Email: joel.reese@rm-firm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**LaCrecia L Perkins**
Winstead PC
2728 N Harwood St
Suite 500
Dallas, TX 75201
214-754-5400
Fax: 214-745-5390
Email: lperkins@winstead.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Leslie R Chaggaris**
Reese Marketos LLP
750 N. Saint Paul Street
Suite 600
Dallas, TX 75201-3201
214.382.9804
Fax: 214.501.0731
Email: leslie.chaggaris@rm-firm.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**M Kasey Ratliff**
Winstead PC
2728 N Harwood Street

Suite 500
Dallas, TX 75201
214-745-5400
Fax: 214-745-5390
Email: kratliff@winstead.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

V.

**Defendant**

**Dallas Real Estate Investors LLC** represented by

**Joyce W Lindauer**
Joyce W Lindauer Attorney PLLC
1412 Main Street
Suite 500
Dallas, TX 75202
972-503-4033
Fax: 972-503-4034
Email: joyce@joycelindauer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Guy Harvey Holman**
Joyce W Lindauer Attorney PLLC
12720 Hillcrest Road, Suite 625
Dallas, TX 75230
972-503-4033
Fax: 972-503-4034
Email: guy@joycelindauer.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Kerry S Alleyne-Simmons**
Law Office of Joyce W Lindauer Attorney PLLC
1412 Main Street
Suite 500
Dallas, TX 75202
972-503-4033
Fax: 972-503-4034
Email: kerry@joycelindauer.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Robert F Kemp**
Law Office of Robert F Kemp
4145 Travis Street
Suite 201
Dallas, TX 75204-7541
214/526-9601
Fax: 214/526-2156
Email: lawyerkemp@cs.com

*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Defendant**

**Timothy Barton** represented by **Steven Craig Metzger**
Metzger Law PLLC
3626 N Hall St
Suite 800
Dallas, TX 75219
214-740-5030
Fax: 214-523-3838
Email: smetzger@pmklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Notice Only**

**Edward L Morris**

**Notice Only**

**Case Admin Sup**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/27/2021 | 1 | NOTICE OF REMOVAL filed by Dallas Real Estate Investors, LLC. (Filing fee $402; receipt number 0539-12090658) In each Notice of Electronic Filing, the judge assignment is indicated, and a link to the Judges Copy Requirements and Judge Specific Requirements is provided. The court reminds the filer that any required copy of this and future documents must be delivered to the judge, in the manner prescribed, within three business days of filing. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms and Instructions found at www.txnd.uscourts.gov, or by clicking here: Attorney Information - Bar Membership. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge. (Lindauer, Joyce) (Entered: 07/27/2021) |
| 07/27/2021 | 2 | New Case Notes: A filing fee has been paid. Pursuant to Misc. Order 6, Plaintiff is provided the Notice of Right to Consent to Proceed Before A U.S. Magistrate Judge (Judge Toliver). Clerk to provide copy to plaintiff if not received electronically. (mjr) (Entered: 07/28/2021) |
| 08/03/2021 | 3 | ELECTRONIC ORDER: Defendant Dallas Real Estate Investors, LLC ("DREI") removed this case to this Court on July 27, 2021. The header of Defendant DREI's Notice of Removal ("Notice") states that it is being filed "In the United States District Court for the Northern District of Texas, Fort Worth Division". See Doc. No. 1 at 2. Also in its Notice, Defendant DREI alleges that the Court has jurisdiction over this case as it is arising under or related to Defendant DREI's Chapter 11 bankruptcy case pending in the United States Bankruptcy Court for the Northern District of Texas, Fort Worth Division. Id. at 3. Finally, Defendant DREI requests that the case "be removed to the United States District Court for the Northern District of Texas, Fort Worth Division". Id. Accordingly, the Court ORDERS Plaintiff Palisades TC, LLC to file a written response **no later than August 10, 2021**, indicating whether it is opposed to the transfer of this case to the Fort Worth Division, including legal support for any opposition, as it is the division where the bankruptcy case is pending. This order is not a ruling on or indication of the propriety of the removal or whether the case would be subject to remand. (Ordered by Judge Ed Kinkeade on 8/3/2021) (chmb) Modified on 8/3/2021 (chmb). (Entered: 08/03/2021) |

| | | |
|---|---|---|
| 08/11/2021 | 4 | RESPONSE to the Court's 8/3/2021 Order (Doc. No. 3 ) filed by Palisades TC LLC. (Reese, Joel) Modified event text on 8/11/2021 (jmg). (Entered: 08/11/2021) |
| 08/11/2021 | 5 | Order transferring case to the Fort Worth Division of the Northern District of Texas. (Ordered by Judge Ed Kinkeade on 8/11/2021) (chmb) (Entered: 08/11/2021) |
| 08/11/2021 | | NEW CASE NUMBER 4:21-cv-00947-P Palisades TC LLC v. Dallas Real Estate Investors LLC et al has been opened following the order of transfer entered in case number 3:21cv1745-K. Future filings should reflect only the new case number and be directed to the proper division (see LR 5.1(a)). Clerk to complete new case processing and mail notice of this entry to any party who did not receive it electronically. (ldm) (Entered: 08/11/2021) |
| 08/11/2021 | 6 | New Case Notes: A filing fee has been paid. File to: Judge Pittman. Pursuant to Misc. Order 6, Plaintiff is provided the Notice of Right to Consent to Proceed Before A U.S. Magistrate Judge. Clerk to provide copy to plaintiff if not received electronically. Attorneys are further reminded that, if necessary, they must comply with Local Rule 83.10(a) within 14 days or risk the possible dismissal of this case without prejudice or without further notice. (pef) (Entered: 08/31/2021) |
| 08/31/2021 | 7 | ORDER: As a result of the Scheduling Conference, counsel shall prepare and submit a Report Regarding Contents of Scheduling Order ("Joint Report"). The Joint Report shall be filed on or before September 21, 2021. (Ordered by Judge Mark Pittman on 8/31/2021) (pef) (Entered: 08/31/2021) |
| 09/20/2021 | 8 | NOTICE of *Joint Status Report* filed by Timothy Barton (Metzger, Steven) (Entered: 09/20/2021) |
| 09/30/2021 | 9 | ORDER: It is therefore ORDERED that the above-captioned case is hereby REFERRED and TRANSFERRED to the docket of United States Bankruptcy Judge Edward L. Morris in the United States Bankruptcy Court for the Northern District of Texas in connection with bankruptcy case In re Dallas Real Estate Investors, LLC, 21-41488-elm11. (Ordered by Judge Mark Pittman on 9/30/2021) (mmw) (Entered: 09/30/2021) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 11/02/2021 15:23:15 | | | |
| **PACER Login:** | libraryus4502:2653874:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 4:21-cv-00947-P |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Always |

**PACER fee: Exempt**