JS 44 (Rev. 10/20) - TXND (10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Palisades TC, LLC, individually and on behalf of Dallas Real Estate Lenders, LLC

**(b)** County of Residence of First Listed Plaintiff: Dallas
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Joel W. Reese, Reese Marketos LLP, 750 N. Saint Paul, Suite 600, Dallas, Texas 75201 214-382-9810

## DEFENDANTS

Dallas Real Estate Investors, LLC and Timothy Barton

County of Residence of First Listed Defendant: Dallas
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
Steven C. Metzger, Metzger Law PLLC, 3626 N. Hall Street, Suite 800, Dallas, Texas 75219 214-969-7600

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [X] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [X] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**CIVIL RIGHTS**
- [ ] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

**PRISONER PETITIONS**

Habeas Corpus:
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty

Other:
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- [ ] 1 Original Proceeding
- [X] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. Sections 1334, 1441 and 1452

Brief description of cause:
Removal of state court proceeding

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):* JUDGE ______ DOCKET NUMBER ______

DATE: July 27, 2021

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # ______ AMOUNT ______ APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______

Joyce W. Lindauer
State Bar No. 21555700
Kerry S. Alleyne
State Bar No. 24066090
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Defendant D4MC, LLC

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **PALISADES TC, LLC, individually and on behalf of DALLAS REAL ESTATE LENDERS, LLC,** | § | |
| ***Plaintiff,*** | § | |
| **v.** | § | **Case No. ____________________** |
| **DALLAS REAL ESTATE INVESTORS, LLC and TIMOTHY BARTON, individually** | § | |
| ***Defendants.*** | § | |

**NOTICE OF REMOVAL BY DEFENDANT**
**DALLAS REAL ESTATE INVESTORS, LLC**

COMES NOW Dallas Real Estate Investors, LLC, Defendant in the above-referenced case ("DREI") and files this its Notice of Removal and would respectfully show this Court as follows:

**I.**
**The Removed Proceeding**

The underlying case was filed on April 23, 2020, in the 298th Judicial District Court of Dallas County, Texas, and is styled *Palisades TC, LLC, Individually and on behalf of Dallas Real Estate Lenders, LLC, v. Dallas Real Estate Investors, LLC and Timothy Barton, Individually*, Case

No. DC-20-06005 (the "State Court Lawsuit"). Plaintiff's attorneys-of-record are Joel W. Reese and Leslie Chaggaris of Reese Marketos LLP, 750 N. Saint Paul St. 600, Dallas, Texas 75201-3201, 214.382.9810 telephone, 214.501.0731 facsimile, joel.reese@rm-firm.com.

## II.
## Grounds For Removal

1. The State Court Lawsuit is removed pursuant to 28 U.S.C. §§1441 and 1452.

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §1334(b) in that the State Court Lawsuit is arising under or related to the Chapter 11 bankruptcy case of *Dallas Real Estate Investors, LLC,* Case No. 21-41488-elm-11 in the United States Bankruptcy Court for the Northern District of Texas, Fort Worth Division.

3. DREI will promptly file a copy of this notice of removal with the clerk of the State Court Lawsuit pursuant to Federal Rule of Bankruptcy Procedure 9027(c).

4. DREI consents to entry of final orders or judgment by the bankruptcy court.

5. Attached to this notice as the **Appendix**, are the following documents:

- A copy of the docket sheet in the State Court Lawsuit {Exhibit "1");
- A copy of each document filed in the State Court Lawsuit, except discovery material (Exhibit "2").

WHEREFORE, PREMISES CONSIDERED, DREI respectfully requests that the State Court Lawsuit be removed to the United States District Court for the Northern District of Texas, Fort Worth Division, and for such other and further relief to which he may be justly entitled.

Dated: July 27, 2021.

Respectfully submitted,

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer
State Bar No. 21555700
Kerry S. Alleyne
State Bar No. 24066090
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main St., Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Email: joyce@joycelindauer.com
**ATTORNEYS FOR DALLAS REAL ESTATE INVESTORS, LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 27, 2021, a true and correct copy of the above and foregoing document has been delivered via email and first-class U.S. mail to the below counsel of record.

Joel W. Reese
Leslie Chaggaris
Reese Marketos LLP
750 N. Saint Paul St. 600
Dallas, Texas 75201-3201
214.382.9810 telephone
214.501.0731 facsimile
joel.reese@rm-firm.com

Steven C. Metzger
Metzger Law PLLC
3626 N. Hall St, Suite 800
Dallas, Texas 75219
smetzger@pmklaw.com

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer

# EXHIBIT "1"

## Case Information

DC-20-06005 | PALISADES TC LLC vs. DALLAS REAL ESTATE INVESTORS LLC, et al

| | | |
|---|---|---|
| Case Number<br>DC-20-06005 | Court<br>298th District Court | Judicial Officer<br>TOBOLOWSKY, EMILY |
| File Date<br>04/23/2020 | Case Type<br>CNTR CNSMR COM DEBT | Case Status<br>OPEN |

## Party

PLAINTIFF
PALISADES TC LLC

Address
1919 MCKINNEY AVE STE 100
DALLAS TX 75201

Active Attorneys
Lead Attorney
REESE, JOEL WILSON
Retained

Attorney
CHAGGARIS, LESLIE R
Retained

Inactive Attorneys
Attorney
RATLIFF, M. KASEY
Retained

Work Phone
214-745-5400

Fax Phone
214-745-5390

DEFENDANT
DALLAS REAL ESTATE INVESTORS LLC

Address

Active Attorneys
Lead Attorney
KEMP, ROBERT F
Retained

TEXAS SECRETARY OF STATE

Inactive Attorneys
Pro Se

Attorney
BRANDON, ELIZABETH C
Retained

Work Phone
469-680-4212

Fax Phone
469-680-4200

DEFENDANT
BARTON, TIMOTHY

Address
3525 ARROWHEAD DR
DALLAS TX 75204

Active Attorneys
Lead Attorney
METZGER, STEVEN C
Retained

## Events and Hearings

04/23/2020 NEW CASE FILED (OCA) - CIVIL

04/23/2020 ORIGINAL PETITION

ORIGINAL PETITION

04/23/2020 ISSUE CITATION

ISSUE CITATION

04/23/2020 ISSUE CITATION COMM OF INS OR SOS

ISSUE CITATION COMM OF INS OR SOS

04/23/2020 JURY DEMAND

FP FILE DESK JURY DEMAND FORM

04/24/2020 NON-SIGNED PROPOSED ORDER/JUDGMENT

NON SIGNED PROPOSED TEMPORARY RESTRAINING ORDER

Comment
TEMPORARY RESTRAINING ORDER

04/27/2020 TRO HEARING

ORIGINAL PETITION

Judicial Officer
TOBOLOWSKY, EMILY

Hearing Time
9:00 AM

Comment
TO BE HEARD VIA TELEPHONIC KASEY 214-850-0148

04/27/2020 CITATION

Unserved

Anticipated Server
ESERVE

Anticipated Method
Comment
TIMOTHY BARTON

04/27/2020 CITATION

Served
06/03/2020

Anticipated Server
ESERVE

Anticipated Method
Actual Server
OUT OF COUNTY

Returned
06/05/2020
Comment
DALLAS REAL ESTATE INVESTORS, LLC

05/01/2020 NON-SIGNED PROPOSED ORDER/JUDGMENT

ORDER FOR RESTRAINING ORDER

Comment
ORDER FOR RESTRAINING ORDER

05/01/2020 NON-SIGNED PROPOSED ORDER/JUDGMENT

ORDER FOR TEMPORARY RESTRAINING ORDER

Comment
TEMPORARY RESTRAINING ORDER

06/05/2020 RETURN OF SERVICE

EXECUTED CITATION - DALLAS REAL ESTATE INVESTORS LLC

Comment
EXECUTED CITATION - DALLAS REAL ESTATE INVESTORS LLC

06/08/2020 MOTION - EMERGENCY

MOTION EMERGENCY QUASH/INFORMAL DISCOVERY REQUEST/REQUEST PROTECT-DEFENDANT

Comment
DEFENDANT-QUASH/INFORMAL DISCOVERY REQUEST/REQUEST PROTECT-DEFENDANT

06/08/2020 NON-SIGNED PROPOSED ORDER/JUDGMENT

PROPOSED ORDER EMERGENCY QUASH/REQUEST PROTECT-DEFENDANT

Comment
EMERGENCY MOTION QUASH/REQUEST PROTECT--DEFENDANT

06/10/2020 NOTICE OF HEARING / FIAT

AMENDED NOTICE OF HEARING

Comment
AMENDED-EMERGENCY MOTION TO QUASH

06/11/2020 Motion - Quash

MOTION EMERGENCY QUASH/INFORMAL DISCOVERY REQUEST/REQUEST PROTECT-DEFENDANT

PROPOSED ORDER EMERGENCY QUASH/REQUEST PROTECT-DEFENDANT

AMENDED NOTICE OF HEARING

RESPONSE/OPPOSITION/DEFENDANT/EMERGENCY QUASH/REQUEST PROTECT-PLAINTIFF

Judicial Officer
PURDY, MONICA

Hearing Time
10:30 AM

Comment
ELIZABETH BRANDON (469-680-4212) 30MIN **D/EMERGENCY MOTION QUASH FILED 6/8/20**

06/11/2020 RESPONSE

RESPONSE/OPPOSITION/DEFENDANT/EMERGENCY QUASH/REQUEST PROTECT-PLAINTIFF

Comment
OPPOSITION/DEFENDANT/EMERGENCY QUASH/REQUEST PROTECT-PLAINTIFF

06/11/2020 NON-SIGNED PROPOSED ORDER/JUDGMENT

PROPOSED ORDER DENYING EMERGENCY RELIEF

Comment
PROPOSED ORDER DENYING EMERGENCY RELIEF

06/11/2020 ORDER - QUASH

ORDER - QUASH

Comment
GRANT EMERGENCY MOTION TO QUASH AND REQUEST PROTECTIVE ORDER

07/31/2020 MOTION - WITHDRAW ATTORNEY

MOTION TO WITHDRAW ATTORNEY AND SUBSTITUTION OF COUNSEL

Comment
AND SUBSTITUTION OF COUNSEL

07/31/2020 NON-SIGNED PROPOSED ORDER/JUDGMENT

PROPOSED ORDER MOTION TO WITHDRAW ATTORNEY AND SUBSTITUTION OF COUNSEL

Comment
PROPOSED ORDER MOTION TO WITHDRAW ATTORNEY AND SUBSTITUTION OF COUNSEL

07/31/2020 CERTIFICATE OF CONFERENCE

AMENDED CERTIFICATE OF CONFERENCE MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Comment
AMENDED MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

08/03/2020 NOTICE OF HEARING / FIAT

NOTICE OF HEARING MOTION TO WITHDRAW ATTORNEY

Comment
MOTION TO WITHDRAW ATTORNEY

08/03/2020 NOTICE OF APPEARANCE

PLAINTIFF'S NOTICE OF APPEARANCE & DESIGNATION OF LEAD COUNSEL

Comment
- & DESIGNATION OF LEAD COUNSEL

08/25/2020 RESPONSE

TO MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL AND MOTION TO DISQUALIFY COUNSEL FOR PLAINTIFF

Comment
TO MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL AND MOTION TO DISQUALIFY COUNSEL FOR PLAINTIFF

08/26/2020 NON-SIGNED PROPOSED ORDER/JUDGMENT

PROPOSED ORDER GRANTING MOTION TO DISQUALIFY

Comment
PROPOSED ORDER GRANTING MOTION TO DISQUALIFY COUNSEL

08/26/2020 NOTICE OF HEARING / FIAT

TELEPHONIC HEARING - PLAINTIFF'S UNOPPOSED MOTIONS WITHDRAWAL & SUBSTITUTION OF COUNSEL

Comment
TELEPHONIC - ON PLAINTIFF'S UNOPPOSED MOTION FOR WITHDRAWAL & SUBSTITUTION OF COUNSEL

08/26/2020 MOTION - DEFAULT JUDGMENT

MOTION DEFAULT JUDGMENT/DALLAS REAL ESTATE INVESTORS LLC-PLAINTIFF

Comment
DALLAS ESTATE INVESTORS LLC

08/28/2020 Motion - Withdraw

MOTION TO WITHDRAW ATTORNEY AND SUBSTITUTION OF COUNSEL

PROPOSED ORDER MOTION TO WITHDRAW ATTORNEY AND SUBSTITUTION OF COUNSEL

PLAINTIFF'S NOTICE OF APPEARANCE & DESIGNATION OF LEAD COUNSEL

Judicial Officer
TOBOLOWSKY, EMILY

Hearing Time
10:30 AM

Cancel Reason
HEARING RESCHEDULED

Comment
ANN HALL 214-382-9810

08/28/2020 MOTION - SUBSTITUTE SERVICE

MOTION FOR SUBSTITUTE SERVICE

08/28/2020 NON-SIGNED PROPOSED ORDER/JUDGMENT

ORDER FOR SUBSTITUTE SERVICE

Comment
ORDER FOR SUBSTITUTE SERVICE

09/03/2020 ORIGINAL ANSWER - GENERAL DENIAL

ORIGINAL ANSWER

09/03/2020 MOTION - WITHDRAW ATTORNEY

MOTION TO WITHDRAW

Comment
MOTION TO WITHDRAW

09/03/2020 NON-SIGNED PROPOSED ORDER/JUDGMENT

ORDER GRANTING MOTION TO WITHDRAW

Comment
ORDER GRANTING MOTION TO WITHDRAW

09/15/2020 CORRESPONDENCE - LETTER TO FILE

LETTER/REQUESTING IN PERSON EVIDENTIARY HEARING--JUDGE

Comment
REQUESTING IN PERSON EVIDENTIARY HEARING--JUDGE

09/15/2020 RESPONSE

REPLY/IN SUPPORT WITHDRAW COUNSEL & RESPONSE/DEFENDANT DISQUALIFY-PLAINTIFF

Comment
REPLY IN SUPPORT MOTION WITHDRAWAL COUNSEL & RESPONSE/DEFENDANTS MOTION TO DISQUALIFY-PLAINTIFF

09/16/2020 MOTION - QUASH

MOTION TO QUASH

09/16/2020 MOTION - CONTINUANCE

MOTION FOR CONTINUANCE

09/16/2020 NON-SIGNED PROPOSED ORDER/JUDGMENT

ORDER FOR CONTINUANCE

Comment
ORDER FOR CONTINUANCE

09/17/2020 ORDER - WITHDRAW ATTORNEY

ORDER - WITHDRAW ATTORNEY

09/17/2020 NOTICE OF APPEARANCE

NOTICE OF APPEARANCE AS COUNSEL

09/18/2020 Motion - Withdraw

MOTION TO WITHDRAW ATTORNEY AND SUBSTITUTION OF COUNSEL

PROPOSED ORDER MOTION TO WITHDRAW ATTORNEY AND SUBSTITUTION OF COUNSEL

AMENDED CERTIFICATE OF CONFERENCE MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

TO MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL AND MOTION TO DISQUALIFY COUNSEL FOR PLAINTIFF

PROPOSED ORDER GRANTING MOTION TO DISQUALIFY

TELEPHONIC HEARING - PLAINTIFF'S UNOPPOSED MOTIONS WITHDRAWAL & SUBSTITUTION OF COUNSEL

REPLY/IN SUPPORT WITHDRAW COUNSEL & RESPONSE/DEFENDANT DISQUALIFY-PLAINTIFF

Judicial Officer
TOBOLOWSKY, EMILY

Hearing Time
1:30 PM

Comment
RE-SET W/ANN HALL (214-382-9810) 1HR P M/WITHDRAW AND DISQUALIFY COUNSEL FILED 7/31/20 PLTF/OK TO SHARE TIME

09/18/2020 NON-SIGNED PROPOSED ORDER/JUDGMENT

PROPOSED ORDER MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Comment
PROPOSED ORDER MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

09/21/2020 NOTICE OF HEARING / FIAT

NOTICE OF HEARING ON MOTION FOR SANCTIONS

Comment
ON MOTION FOR SANCTIONS

09/24/2020 RESPONSE

SUPPLEMENTAL RESPONSE TO MOTION FOR WITHDRAWAL, SUBSTITUTION OF COUNSEL/MOTION TO DISQUALIFY

Comment
MOTION FOR WITHDRAWAL SUBSTITUTION OF COUNSEL/MOTION TO DISQUALIFY COUNSEL

09/25/2020 Motion - Sanctions

Judicial Officer
TOBOLOWSKY, EMILY

Hearing Time
11:00 AM

Comment
SET PER JUDGE

09/25/2020 NON-SIGNED PROPOSED ORDER/JUDGMENT

PROPOSED ORDER ON MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Comment
PROPOSED ORDER ON MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

09/25/2020 CORRESPONDENCE - LETTER TO FILE

LETTER/ORDERS-LESLIE CHAGGARIS TO JUDGE

Comment
(ORDERS)LESLIE CHAGGARIS TO JUDGE

09/28/2020 NON-SIGNED PROPOSED ORDER/JUDGMENT

ORDER FOR SUBSTITUTE SERVICE

Comment
ORDER FOR SUBSTITUTE SERVICE

09/28/2020 NON-SIGNED PROPOSED ORDER/JUDGMENT

PROPOSED ORDER MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL AND REQUEST FOR SANCTIONS

Comment
PROPOSED ORDER MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL AND REQUEST FOR SANCTIONS

09/30/2020 NOTICE OF APPEARANCE

NOTICE OF APPEARANCE OF COUNSEL

10/13/2020 MOTION - QUASH

MOTION TO QUASH-DEFENDANT/TIMOTHY BARTON

10/14/2020 NON-SIGNED PROPOSED ORDER/JUDGMENT

PROPOSED ORDER GRANTING MOTION TO QUASH NON PARTY AND / MOTION FOR PROTECTIVE ORDER

Comment
PROPOSED ORDER GRANTING MOTION TO QUASH NON PARTY AND / MOTION FOR PROTECTIVE ORDER

10/22/2020 CERTIFICATE OF CONFERENCE

CERTIFICATE CONFERENCE/DEFENDANT BARTON/QUASH NON PARTY SUBPOENA/PROTECT-PLAINTIFF

Comment
DEFENDANT TIMOTHY BARTON/QUASH NON PARTY SUBPOENA/PROTECT-PLAINTIFF

10/22/2020 NOTICE OF HEARING / FIAT

NOTICE OF HEARING - MOTION TO QUASH

Comment
MOTION - QUASH

10/23/2020 Motion - Quash

MOTION TO QUASH-DEFENDANT/TIMOTHY BARTON

PROPOSED ORDER GRANTING MOTION TO QUASH NON PARTY AND / MOTION FOR PROTECTIVE ORDER

Judicial Officer
TOBOLOWSKY, EMILY

Hearing Time
02:30 PM

Cancel Reason
REQUESTED BY ATTORNEY/PRO SE

Comment
NON PARTY SUBPOENA. TELEPHONIC. ANN HALL 2/382-9810

10/26/2020 RESPONSE

RESPONSE TO MOTION TO QUASH AND MOTION FOR PROTECTIVE ORDER

Comment
TO MOTION TO QUASH AND MOTION FOR PROTECTIVE ORDER

10/27/2020 SPECIAL EXCEPTIONS

DEFENDANT'S SPECIAL EXCEPTION & ORIGINAL ANSWER - TIMOTHY BARTON

Comment
- TIMOTHY BARTON

10/27/2020 ORIGINAL ANSWER - GENERAL DENIAL

DEFENDANT'S SPECIAL EXCEPTION & ORIGINAL ANSWER - TIMOTHY BARTON

10/28/2020 RESPONSE

DEFENDANTS REPLY TO PLAINTIFFS RESPONSE TO DEFENDANTS MOTION TO QUASH

Comment
DEFENDANTS REPLY TO PLAINTIFFS RESPONSE TO DEFENDANTS MOTION TO QUASH

10/30/2020 Motion - Quash

MOTION TO QUASH-DEFENDANT/TIMOTHY BARTON

PROPOSED ORDER GRANTING MOTION TO QUASH NON PARTY AND / MOTION FOR PROTECTIVE ORDER

CERTIFICATE CONFERENCE/DEFENDANT BARTON/QUASH NON PARTY SUBPOENA/PROTECT-PLAINTIFF

NOTICE OF HEARING - MOTION TO QUASH

Judicial Officer
TOBOLOWSKY, EMILY

Hearing Time
03:00 PM

Comment
DEFENDANT/QUASH SET BY PLAINTIFF. TELEPHONIC. ANN HALL 2/382-9810

11/04/2020 NON-SIGNED PROPOSED ORDER/JUDGMENT

PROPOSED ORDER ON MOTION TO QUASH NONPARTY SUBPOENA /MOTION TO FOR PROTECT

Comment
PROPOSED ORDER ON MOTION TO QUASH NONPARTY SUBPOENA /MOTION TO FOR PROTECT

11/13/2020 ORDER - QUASH

ORDER - QUASH NON-PARTY SUBPOENA TO AT&T AND/OR MOTION FOR PROTECT (GRANTED IN PART & DENY IN PART)

Comment
SUBPOENA TO AT&T AND/OR MOTION FOR PROTECTIVE ORDER (GRANTED IN PART & DENY IN PART)

11/13/2020 NOTICE OF HEARING / FIAT

Comment
ON MOTION HEARING

11/20/2020 CERTIFICATE OF DEPOSITION

CERTIFICATE OF DEPOSITION

Comment
TIMOTHY BARTON

12/10/2020 NOTICE OF HEARING / FIAT

NOTICE OF HEARING RE MOTION SANCTIONS

Comment
RE: MOTION SANCTIONS

12/11/2020 MOTION HEARING

REPLY/IN SUPPORT WITHDRAW COUNSEL & RESPONSE/DEFENDANT DISQUALIFY-PLAINTIFF

PROPOSED ORDER ON MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Judicial Officer
TOBOLOWSKY, EMILY

Hearing Time
04:00 PM

Cancel Reason
REQUESTED BY ATTORNEY/PRO SE

Comment
ANNE 214-382-9810 VIA ZOOM

12/17/2020 CASE NOT SETTLED AT MEDIATION

CASE NOT SETTLED AT MEDIATION

01/26/2021 RULE 11

RULE 11 STIPULATION

Comment
STIPULATION

01/26/2021 NOTICE OF HEARING / FIAT

NOTICE OF HEARING CANCELLATION OF MOTION SANCTIONS HEARING

Comment
RE: CANCELLATION OF MOTION SANCTIONS HEARING

01/26/2021 MOTION - CONTINUANCE

AGREED MOTION FOR CONTINUANCE AND TRIAL SETTINGS AND DEADLINES

Comment
TRIAL SETTINGS AND ALL DEADLINES

01/26/2021 NON-SIGNED PROPOSED ORDER/JUDGMENT

PROPOSED ORDER OF CONTINUANCE

Comment
PROPOSED ORDER OF CONTINUANCE

01/29/2021 MOTION HEARING

REPLY/IN SUPPORT WITHDRAW COUNSEL & RESPONSE/DEFENDANT DISQUALIFY-PLAINTIFF

NOTICE OF HEARING RE: MOTION SANCTIONS

Judicial Officer
TOBOLOWSKY, EMILY

Hearing Time
09:30 AM

Cancel Reason
REQUESTED BY ATTORNEY/PRO SE

Comment
ANN HALL 214-382-9810 MOTION SANCTIONS

04/19/2021 Jury Trial - Civil

Jury Trial Notice

Jury Trial Notice

Jury Trial Notice

Judicial Officer
TOBOLOWSKY, EMILY

Hearing Time
9:00 AM

Cancel Reason
BY COURT ADMINISTRATOR

10/18/2021 Jury Trial - Civil

Jury Trial Notice

Jury Trial Notice

Jury Trial Notice

Jury Trial Notice

Judicial Officer
TOBOLOWSKY, EMILY

Hearing Time
9:00 AM

## Financial

PALISADES TC LLC

| | |
|---|---|
| Total Financial Assessment | $352.00 |
| Total Payments and Credits | $352.00 |

| | | | | |
|---|---|---|---|---|
| 4/24/2020 | Transaction Assessment | | | $352.00 |
| 4/24/2020 | CREDIT CARD - TEXFILE (DC) | Receipt # 25000-2020-DCLK | PALISADES TC LLC | ($352.00) |

## Documents

ORIGINAL PETITION

FP FILE DESK JURY DEMAND FORM

NON SIGNED PROPOSED TEMPORARY RESTRAINING ORDER

ISSUE CITATION

ISSUE CITATION COMM OF INS OR SOS

ORDER FOR RESTRAINING ORDER

ORDER FOR TEMPORARY RESTRAINING ORDER

Jury Trial Notice

Jury Trial Notice

Jury Trial Notice

EXECUTED CITATION - DALLAS REAL ESTATE INVESTORS LLC

MOTION EMERGENCY QUASH/INFORMAL DISCOVERY REQUEST/REQUEST PROTECT-DEFENDANT

PROPOSED ORDER EMERGENCY QUASH/REQUEST PROTECT-DEFENDANT

AMENDED NOTICE OF HEARING

RESPONSE/OPPOSITION/DEFENDANT/EMERGENCY QUASH/REQUEST PROTECT-PLAINTIFF

PROPOSED ORDER DENYING EMERGENCY RELIEF

ORDER - QUASH

MOTION TO WITHDRAW ATTORNEY AND SUBSTITUTION OF COUNSEL

PROPOSED ORDER MOTION TO WITHDRAW ATTORNEY AND SUBSTITUTION OF COUNSEL

AMENDED CERTIFICATE OF CONFERENCE MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

NOTICE OF HEARING MOTION TO WITHDRAW ATTORNEY

PLAINTIFF'S NOTICE OF APPEARANCE & DESIGNATION OF LEAD COUNSEL

TO MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL AND MOTION TO DISQUALIFY COUNSEL FOR PLAINTIFF

PROPOSED ORDER GRANTING MOTION TO DISQUALIFY

TELEPHONIC HEARING - PLAINTIFF'S UNOPPOSED MOTIONS WITHDRAWAL & SUBSTITUTION OF COUNSEL

MOTION DEFAULT JUDGMENT/DALLAS REAL ESTATE INVESTORS LLC-PLAINTIFF

MOTION FOR SUBSTITUTE SERVICE

ORDER FOR SUBSTITUTE SERVICE

ORIGINAL ANSWER

MOTION TO WITHDRAW

ORDER GRANTING MOTION TO WITHDRAW

LETTER/REQUESTING IN PERSON EVIDENTIARY HEARING--JUDGE

REPLY/IN SUPPORT WITHDRAW COUNSEL & RESPONSE/DEFENDANT DISQUALIFY-PLAINTIFF

MOTION TO QUASH

MOTION FOR CONTINUANCE

ORDER FOR CONTINUANCE

NOTICE OF APPEARANCE AS COUNSEL

PROPOSED ORDER MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

ORDER - WITHDRAW ATTORNEY

NOTICE OF HEARING ON MOTION FOR SANCTIONS

SUPPLEMENTAL RESPONSE TO MOTION FOR WITHDRAWAL, SUBSTITUTION OF COUNSEL/MOTION TO DISQUALIFY

PROPOSED ORDER ON MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

ORDER FOR SUBSTITUTE SERVICE

PROPOSED ORDER MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL AND REQUEST FOR SANCTIONS

LETTER/ORDERS-LESLIE CHAGGARIS TO JUDGE

NOTICE OF APPEARANCE OF COUNSEL

MOTION TO QUASH-DEFENDANT/TIMOTHY BARTON

PROPOSED ORDER GRANTING MOTION TO QUASH NON PARTY AND / MOTION FOR PROTECTIVE ORDER

CERTIFICATE CONFERENCE/DEFENDANT BARTON/QUASH NON PARTY SUBPOENA/PROTECT-PLAINTIFF

NOTICE OF HEARING - MOTION TO QUASH

RESPONSE TO MOTION TO QUASH AND MOTION FOR PROTECTIVE ORDER

DEFENDANT'S SPECIAL EXCEPTION & ORIGINAL ANSWER - TIMOTHY BARTON

DEFENDANTS REPLY TO PLAINTIFFS RESPONSE TO DEFENDANTS MOTION TO QUASH

PROPOSED ORDER ON MOTION TO QUASH NONPARTY SUBPOENA /MOTION TO FOR PROTECT

ORDER - QUASH NON-PARTY SUBPOENA TO AT&T AND/OR MOTION FOR PROTECT (GRANTED IN PART & DENY IN PART)

CERTIFICATE OF DEPOSITION

NOTICE OF HEARING RE: MOTION SANCTIONS

CASE NOT SETTLED AT MEDIATION

RULE 11 STIPULATION

NOTICE OF HEARING CANCELLATION OF MOTION SANCTIONS HEARING

AGREED MOTION FOR CONTINUANCE AND TRIAL SETTINGS AND DEADLINES

PROPOSED ORDER OF CONTINUANCE

Jury Trial Notice

Jury Trial Notice

Jury Trial Notice

Jury Trial Notice

# EXHIBIT "2"

1 CIT SOS-ESERVE

1 CIT-ESERVE

FILED
4/23/2020 5:45 PM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Christi Underwood DEPUTY

**Cause No. DC-20-06005**

| | | |
|---|---|---|
| **PALISADES TC, LLC, INDIVIDUALLY, AND ON BEHALF OF DALLAS REAL ESTATE LENDERS, LLC,** | § | **IN THE DISTRICT COURT OF** |
| **PLAINTIFF,** | § | |
| **v.** | § | **DALLAS COUNTY, TEXAS** |
| **DALLAS REAL ESTATE INVESTORS, LLC AND TIMOTHY BARTON, INDIVIDUALLY,** | § | |
| **DEFENDANTS.** | § | **____ JUDICIAL DISTRICT** |

## PLAINTIFF'S ORIGINAL PETITION AND APPLICATION FOR TEMPORARY RESTRAINING ORDER AND TEMPORARY INJUNCTION

Plaintiff Palisades TC, LLC ("Plaintiff" or "Palisades") individually, and on behalf of Dallas Real Estate Lenders ("the Company"), files this Original Petition and Application for Temporary Restraining Order and Temporary Injunction against Defendants Dallas Real Estate Investors, LLC ("DREI") and Timothy Barton ("Barton"), individually, (collectively, "Defendants"), and alleges as follows:

## I. DISCOVERY CONTROL PLAN AND STATEMENT OF RELIEF

1. Plaintiff intends to conduct discovery under Level 3 of Texas Rule of Civil Procedure 190.4 and affirmatively pleads that this suit is not governed by the expedited-actions process in Texas Rule of Civil Procedure 169 because it seeks injunctive relief.

2. Pursuant to Texas Rule of Civil Procedure 47, Plaintiff seeks monetary relief over $1,000,000. The damages sought are within the jurisdictional limits of the court.

## II. PARTIES

3. Plaintiff Palisades TC, LLC is a Texas limited liability company doing business in Dallas County at 1919 McKinney Ave., Suite 100, Dallas, Texas 75201.

4. Defendant Dallas Real Estate Investors, LLC is a Delaware limited liability company, that does not maintain a registered agent in the State of Texas, and therefore, may be served with process through the Texas Secretary of State.

5. Defendant Timothy Barton is an individual that may be served with process at his residence in Dallas County at 3525 Arrowhead Drive, Dallas, Texas 75204, or wherever he may be found.

## III. JURISDICTION AND VENUE

6. All the parties hereto are subject to the Court's jurisdiction. The Court has subject-matter jurisdiction over the lawsuit because the amount in controversy exceeds this Court's minimum jurisdictional requirements.

7. Venue is proper in Dallas County under Section 15.002(a) of the Texas Civil Practice and Remedies Code because all of the events and omissions giving rise to the claims asserted herein occurred in Dallas County, Texas. Further, venue is proper pursuant to the provisions contained in the Company Agreement at issue. *See* Ex. A at § 10.14.

## IV. FACTS

8. Barton is the Chief Executive Officer of JMJ Development ("JMJ"), a real estate developer in Dallas, Texas.

9. On January 29, 2020, Plaintiff and DREI entered into the Company Agreement of Dallas Real Estate Lenders, LLC (the "Company Agreement") to form the Company. Plaintiff and DREI are the only two Members of the Company. A true and accurate copy of the Company Agreement is attached hereto as Exhibit A and incorporated herein by reference.

10. The sole purpose of the Company is to manage and own 100% of the membership interests in FHC Acquisition, LLC, a Texas limited liability company ("FHC") or such other investments (whether debt, equity or any combination thereof) (FHC and any other entity owning

a Project, an "OpCo") as determined and approved by the Voting Members for the sole purposes of acquiring and developing real property and improvements thereon (a "Project").

11. The initial Project is that certain real property described as "Lot 13, Block A, The Gate, an addition to the City of Frisco, Collin County, Texas, according to the plat thereof recorded in Volume 2019, Page 275, Plat Records, Collin County, Texas" ("Frisco Property") and the development of a mixed use project located thereon which is planned to include a luxury hotel, residences, restaurant, and retail components (the "Frisco Project").

12. DREI is responsible for the day-to-day management of the Company. *See* Ex. A at § 2.08.

13. Barton is the President of DREI.

**A. Defendants' Obligations under the Company Agreement**

14. First, upon formation of the Company, Plaintiff contributed $3,500,000 to the Company as a preferred Capital Contribution (the "Priority Capital"). Plaintiff's contribution earned it a Base Return or Default Return, as applicable. Regarding Distributions, the Company Agreement requires that Plaintiff receives its Base Return or, if applicable, the Default Return. *See* Ex. A at § 5.02(a)(i). Plaintiff's Unreturned Priority Capital normally earns a Base Return due on the first day of each month, which is equal to nine percent (9%) per annum, accrued on the Unreturned Priority Capital. However, a Default Return equal to fourteen percent (14%) per annum on Plaintiff's Unreturned Priority Capital shall apply immediately at such times as any Base Return is not distributed on the due date thereof and the Default Return shall accrue in lieu of such Base Return not timely distributed. *See* Ex. A at § 5.02(a)(i).

15. Second, the Company Agreement requires that Defendants provide to Plaintiff timely financial information reports. *See* Ex. A at § 7.07.