IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PALISADES TC, LLC, individually and on behalf of DALLAS REAL ESTATE LENDERS, LLC, | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 3:21-cv-01745-K |
| DALLAS REAL ESTATE INVESTORS, LLC and TIMOTHY BARTON, individually, | § | |
| Defendants. | § | |

**PLAINTIFF'S RESPONSE TO THE COURT'S AUGUST 3, 2021 ORDER**

Plaintiff files this response to the Court's August 3, 2021 Order (Doc. No. 3) seeking Plaintiff's position regarding the transfer of this case to the Fort Worth Division. Plaintiff does not oppose transfer of this case to the Fort Worth Division. Plaintiff reserves the right to challenge the propriety of Defendants' removal and the Court's jurisdiction.

Respectfully submitted,

**REESE MARKETOS LLP**

*/s/ Joel W. Reese*
Joel W. Reese
State Bar No. 00788258
joel.reese@rm-firm.com
Leslie Chaggaris
State Bar No. 24056742
leslie.chaggaris@rm-firm.com
750 N. Saint Paul St., Suite 600
Dallas, Texas 75201-3201
214.382.9810 telephone
214.501.0731 facsimile

Kasey Ratliff
State Bar No. 24041751
kratliff@winstead.com
LaCrecia Perkins
State Bar No. 24091574
lperkins@winstead.com
**WINSTEAD PC**
2728 N. Harwood St. #500
Dallas, TX 75201
214.745.5400 telephone
214.745.5390 facsimile

## CERTIFICATE OF SERVICE

This is to certify that, on August 10, 2021, a true and correct copy of the above and this document has been served by electronic mail via the Court's ECF system to all parties authorized to receive electronic notice in this case.

*/s/ Joel W. Reese*
Joel W. Reese