IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PALISADES TC, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:21-CV-1745-K |
| | § | |
| DALLAS REAL ESTATE INVESTORS, | § | |
| LLC, and TIMOTHY BARTON, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

Defendant Dallas Real Estate Investors, LLC ("DREI") removed this case to federal court on July 27, 2021. The header of Defendant DREI's Notice of Removal ("Notice") reflects that it is being filed "In the United States District Court for the Northern District of Texas, Fort Worth Division". *See* Notice of Removal (Doc. No. 1) at 2. Also in its Notice, Defendant DREI alleges that the Court has jurisdiction over this case as it arises under or relates to Defendant DREI's Chapter 11 bankruptcy case pending in the United States Bankruptcy Court for the Northern District of Texas, Fort Worth Division. *Id.* at 3. Finally, Defendant DREI requests that the case "be removed to the United States District Court for the Northern District of Texas, Fort Worth Division". *Id.* The Court ordered Plaintiff Palisades TC, LLC ("Plaintiff") to file a written response indicating whether it is opposed to the transfer of this case to

the Fort Worth Division as it is the division where the bankruptcy case is pending. Plaintiff filed its Response (Doc. No. 4) stating it is unopposed to the transfer of this case to the Fort Worth Division, while reserving its right to challenge the propriety of the removal and the court's jurisdiction. Accordingly, on the Court's own motion, this case is transferred to the United States District Court for the Northern District of Texas, Fort Worth Division. 28 U.S.C. § 1404(a), 1404(b).

**SO ORDERED.**

Signed August 11th, 2021.

Ed Kinkeade
ED KINKEADE
UNITED STATES DISTRICT JUDGE