ntchrg (rev. 02/21)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | | |
|---|---|---|---|
| In Re: | | § | |
| Dallas Real Estate Investors, LLC | | § | |
| | | § | Case No.: 21−41488−elm11 |
| | Debtor(s) | § | Chapter No.: 11 |
| Palisades TC LLC | | § | |
| | Plaintiff(s) | § | Adversary No.: 21−04073−elm |
| vs. | | § | |
| Dallas Real Estate Investors LLC et al. | | § | |
| | Defendant(s) | § | |

# NOTICE SETTING STATUS CONFERENCE

A status conference via WebEx has been set in the U.S. Bankruptcy Court for **December 6, 2021** at **01:30 PM** before the Honorable Edward L. Morris at https://us−courts.webex.com/meet/morris to consider

Notice of Removal from United States District Court Civil Action No. 4:21cv0947P

For WebEx Telephonic Only Participation/Attendance:

Dial In: 1.650.479.3207
Meeting ID: 473 581 124

DATED: November 3, 2021

FOR THE COURT:
Robert P. Colwell, Clerk of Court

by: /s/Karyn Rueter, Deputy Clerk

United States Bankruptcy Court

Northern District of Texas

Palisades TC LLC,
Plaintiff

Adv. Proc. No. 21-04073-elm

Dallas Real Estate Investors LLC,
Defendant

# CERTIFICATE OF NOTICE

District/off: 0539-4 User: admin Page 1 of 2

Date Rcvd: Nov 03, 2021 Form ID: ntcstcnf Total Noticed: 5

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Guy Harvey Holman, Joyce W. Lindauer Attorney, PLLC, 12720 Hillcrest Road, Suite 625, Dallas, TX 75230-2163 |
| aty | + | Joyce Lindauer, Joyce Lindauer Attorney, PLLC, 1412 Main Street, Ste. 500, Dallas, TX 75202-4042 |
| aty | + | Kerry S. Alleyne-Simmons, Law Office of Joyce W. Lindauer Attorney, 1412 Main Street Suite 500, Dallas, TX 75202-4042 |
| aty | + | LaCrecia L. Perkins, Winstead PC, 2728 N. Harwood St., Suite 500, Dallas, TX 75201-1743 |
| aty | + | M Kasey Ratliff, Winstead PC, 2728 N. Harwood Street, Suite 500, Dallas, TX 75201-1743 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2021 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Joel Wilson Reese | on behalf of Plaintiff Palisades TC LLC joel.reese@rm-firm.com tammy.schenkelberg@rm-firm.com,deedee.carr@rm-firm.com |
| Leslie Renee Chaggaris | on behalf of Plaintiff Palisades TC LLC leslie.chaggaris@rm-firm.com tammy.schenkelberg@rm-firm.com,deedee.carr@rm-firm.com |
| Robert F. Kemp | on behalf of Defendant Dallas Real Estate Investors LLC lawyerkemp@cs.com charleshanna@lawyerkemp.com |

Steven C. Metzger
on behalf of Defendant Timothy Barton smetzger@pmklaw.com

TOTAL: 4