IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| PALISADES TC, LLC,<br>Plaintiff, | § § § | |
| v. | § § | Adversary No. 21-04073-elm |
| DALLAS REAL ESTATE INVESTORS, LLC,<br>Defendant. | § § § § § | |

## NOTICE OF MOTION TO CONSOLIDATE

**PLEASE TAKE NOTICE** that, on September 2, 2022, Palisades TC, LLC, individually and on behalf of Five Star GM, LLC ("Plaintiff"), filed its *Motion to Consolidate* in the case styled 21-04061-elm in the United State Bankruptcy Court for the Northern District of Texas (attached hereto as "**Exhibit A**").

Dated: September 2, 2022

Respectfully submitted,

*/s/ Jonathan R. Patton*
Jonathan R. Patton
Texas Bar No. 24088198
jpatton@tillotsonlaw.com
Jeffrey M. Tillotson
Texas Bar No. 20039200
jtillotson@tillotsonlaw.com
**TILLOTSON JOHNSON & PATTON**
1807 Ross Avenue, Suite 325
Dallas, Texas 75201
(214) 382-3041 Telephone
(214) 292-6564 Facsimile
ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the above and foregoing was served upon all counsel herein by E-Service on September 2, 2022.

*/s/ Jonathan R. Patton*
Jonathan R. Patton