CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed October 4, 2022**

**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **Case No. 21-41488** |
| **DALLAS REAL ESTATE INVESTORS, LLC,** | § | |
| | § | |
| **Debtor** | § | |
| **PALISADES TC LLC,** ***Individually and on Behalf of Five Star GM, LLC*** | § | |
| **Plaintiff** | § | |
| **v.** | § | **Adversary No. 21-04061-elm** |
| **FIVE STAR MM, LLC et al.,** | § | |
| **Defendants** | § | |

**AND**

| | | |
|---|---|---|
| **IN RE:**<br><br>**DALLAS REAL ESTATE INVESTORS, LLC,**<br><br>**Debtor** | §<br>§<br>§<br>§<br>§<br>§ | **Case No. 21-41488** |
| **PALISADES TC LLC,** ***Individually and on Behalf of Five Star GM, LLC***<br>**Plaintiff**<br><br>**v.**<br><br>**DALLAS REAL ESTATE INVESTORS, LLC,**<br>**Defendant** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>**0**<br>§<br>§ | **Adversary No. 21-04073-elm** |

**ORDER GRANTING PLAINTIFF PALISADES TC LLC'S MOTION TO CONSOLIDATE**

On September 27, 2022, the Court heard and considered Plaintiff Palisades TC LLC's ("Plaintiff") Motion to Consolidate, filed September 2, 2022, ECF No. 16 (the "Motion"), requesting that the Court consolidate Adversary Cause No. 21-04061-elm (the "4061 Case") and Adversary Cause No. 21-04073-elm (the "4073 Case"). Having reviewed and considered the Motion, the Responses, the evidence presented, the arguments of counsel, and all other matters properly before it, the Court is of the opinion that the Motion to Consolidate should be and hereby is **GRANTED.**

**IT IS THEREFORE ORDERED** that the 4061 Case is consolidated for all purposes with the 4073 Case into one case to proceed under the 4061 Case number. Pursuant to L.B.R. 7042-1, all pleadings, motions, and other papers shall be filed in the 4061 Case and shall only bear the caption of the 4061 Case, with the legend "Consolidated with Adversary Cause No. 21-04073-elm.

SO ORDERED.

### End of Order ###

Order Prepared By:

Jonathan R. Patton
State Bar No. 24088198
jpatton@tillotsonlaw.com
**TILLOTSON JOHNSON & PATTON**
1807 Ross Avenue, Suite 325
Dallas, Texas 75201
(214) 382-3041 Telephone
(214) 292-6564 Facsimile

ATTORNEYS FOR PLAINTIFF
PALISADES TC, LLC

Agreed as to form:

/s/ Steven Metzger

/s/ Robert Kemp